FIELDING LEWIS TAYLOR, Respondent, v. THE F. B. STEARNS COMPANY OF OHIO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL PANTILLIANO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROCCO DE MONE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL HERLIHY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES HEALEY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX ESHUK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA RUZICKA v. JOHN TULKA and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISLA KAUFMANN v. WELLS FARGO & COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANKLIN FIRE INSURANCE COMPANY OF PHILADELPHIA v. EMANUEL WEINBERG and Others.—. Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB ROSENBAUM v. HERMAN PARNES.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE BOIKO & COMPANY, INC., v. ATLANTIC WOOLEN MILLS, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN M. JONES v. UNITED ELECTRIC SERVICE COMPANY, INC.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMELIA OCKLER v. LOUIS K. SCHWARTZ and Others, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the BANK OF EUROPE, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE A. HELME v. MARY A. BUCKELEW, as Executrix, etc.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.